UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:16-cv-24892-MGC

AARON BONDS, individually and on behalf of all others similarly situated,

                Plaintiff,

v.

BLU PRODUCTS, INC., SHANGHAI ADUPS TECHNOLOGY CO., LTD., and ADUPS USA LLC,

                Defendant.

CLASS ACTION
JURY DEMAND

## NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS

Pursuant to Local Rule 3.8, Plaintiff Aaron Bonds hereby gives notice of the pendency of the following similar actions:

| Caption | Jurisdiction | Date of Filing |
| --- | --- | --- |
| DARREN MARTINEZ and JOE MOCNIK v. BLU PRODUCTS, INC., SHANGHAI ADUPS TECHNOLOGY CO., LTD., and ADUPS USA LLC | Central District of California, 2:16-cv-08941-GW-AGR | Dec. 2, 2016 |
| VINCENT AGUILAR v. BLU PRODUCTS, INC. and ADUPS USA LLC | Southern District of Florida, 1:16-cv-25131-KMW | Dec. 9, 2016 |

This case and the actions listed above all allege on behalf of a proposed nationwide class that at least two of the same defendants, Blu Products, Inc. ("Blu"), and Adups USA LLC ("Adups"), surreptitiously installed firmware on Blu cell phones that continuously captured and transmitted the cell phone users' text messages, personal contacts, call logs, physical location, and other confidential data to a server in China owned by Adups' parent company, Shanghai

Adups Technology Co., Ltd.

This case—*Aaron Bonds v. Blu Products, Inc., et al.*, Case No. 1:16-cv-24892-MGC (S.D. Fla.)—was filed on November 22, 2016 in the Southern District of Florida and brings claims for invasion of privacy, trespass to chattels, and violations of the Wiretap Act, 18 U.S.C. § 2511, Electronic Communications Privacy Act, 18 U.S.C. § 2512, and Magnuson-Moss Warranty Act, 15 U.S.C. § 2301 *et seq.*

The second-filed case—*Martinez v. Blu Products, Inc., et al.*, Case No. 2:16-cv-08941-GW-AGR (C.D. Cal.)—was filed on December 2, 2016 in the Central District of California and brings claims for violations of the Computer Fraud and Abuse Act, 18 U.S.C. § 1030, Federal Wiretap Act, 18 U.S.C. § 2510, *et seq.*, breaches of express- and implied warranties, trespass to chattels, negligent misrepresentation, breach of implied covenant of good faith and fair dealing, common law fraud, violations of the California False Advertising Act, Cal. Bus. & Prof. Code § 17500, *et seq.*, Unfair Competition Law, Cal. Bus. & Prof. Code § 1700, *et seq.*, California Invasion of Privacy Act, Cal. Penal Code §§ 631, 637.2, and for violating Cal. Bus. & Prof. Code § 22947.3.

The third-filed case—*Aguilar v. Blu Products, Inc., et ano.*, Case No. 1:16-cv-25131-KMW (S.D. Fla.)—was filed on December 9, 2016 in the Southern District of Florida and brings claims for breach of covenant, unjust enrichment, invasion of privacy, trespass to chattels, negligence, and violations of the Wiretap Act, 18 U.S.C. § 2511, Electronic Communications Privacy Act, 18 U.S.C. § 2512, and Magnuson-Moss Warranty Act, 15 U.S.C. § 2301 *et seq.*

Dated: December 28, 2016                                Respectfully submitted,

By:   /s/ *Amy Zeman*

Amy Zeman (FL Bar No. 110653)
amz@classlawgroup.com
**GIBBS LAW GROUP**
3711 Sheridan Ave
Miami Beach, FL 33140
Tel: (510) 350-9721
Fax: (510) 350-9701

Daniel C. Girard (*pro hac vice* forthcoming)
dcg@girardgibbs.com
Jordan Elias (*pro hac vice* forthcoming)
je@girardgibbs.com
Esfand Y. Nafisi (*pro hac vice* forthcoming)
eyn@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846

*Attorneys for Plaintiff Aaron Bonds*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Pending, Refiled, Related or similar Actions was served via First Class Mail on:

Blu Products, Inc.
The Company Corporation
2711 Centerville Rd., Ste. 400
Wilmington, DE 19808

Adups USA LLC
A Registered Agent, Inc.
8 The Green, Ste. A
Dover, DE 19901

Shanghai Adups Technology Co., Ltd.
c/o Adups USA LLC
A Registered Agent, Inc.
8 The Green, Ste. A
Dover, DE 19901

Dated: December 28, 2016

By:    /s/ *Amy Zeman*

Amy Zeman (FL Bar No. 110653)
**GIBBS LAW GROUP**
3711 Sheridan Ave
Miami Beach, FL 33140
Telephone: 510.350.9721
Facsimile: 510.350.9701
Email: amz@classlawgroup.com

*Attorney for Plaintiffs*