UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-24892-Civ-COOKE/TORRES

AARON BONDS, individually and
on behalf of all others similarly
situated,

    Plaintiffs,

vs.

BLU PRODUCTS, INC.,

    Defendant.

_____/

## ORDER CONSOLIDATING CASES

THIS CASE is before me on Plaintiffs' Unopposed Motion to Consolidate Actions for Pretrial Purposes ("Motion") (ECF No. 39). Having considered the Motion and the record of both cases, I find that *Aaron Bonds v. Blu Products, Inc.*, Case No. 16-24892, and *Vincent Aguilar v. Blu Products, Inc.*, Case No. 16-25131, are related as they involve substantially the same or similar operative facts and parties. Accordingly, it is **ORDERED and ADJUDGED** that Plaintiffs' Motion is **GRANTED**, as follows:

1. *Aaron Bonds v. Blu Products, Inc.*, Case No. 16-24892, and *Vincent Aguilar v. Blu Products, Inc.*, Case No. 16-25131, are hereby **CONSOLIDATED**. All future filings, unless otherwise specified, shall be filed only in Case No. 16-24892 and shall bear the following caption: *In re Blue Products, Inc. Privacy Breach Litigation*.

2. All previous orders, deadlines, and case schedules filed in Case No. 16-25131 are **VACATED**. The Clerk is directed to *administratively* **CLOSE** that case. Parties shall abide by the pretrial and trial deadlines outlined in Case No. 16-24892. *See* ECF No. 23.

3. Plaintiffs may file a Consolidated Amended Complaint in Case No. 16-24892 on or before May 12, 2017.

**DONE and ORDERED** in chambers at Miami, Florida, this 10th day of April 2017.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*