UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-24892-Civ-COOKE/TORRES

*In re Blu Products, Inc. Privacy Breach Litigation*

**JOINT STIPULATION DISMISSING PLAINTIFFS' CLAIMS AGAINST BLU PRODUCTS, INC.**

      Plaintiffs Aaron Bonds and Vincent Aguilar (collectively, "Plaintiffs") and Defendant BLU Products, Inc. ("BLU" or "Defendant"), by and through undersigned counsel, stipulate and agree that all claims being asserted against BLU in the above-captioned action shall be dismissed with prejudice pursuant to Ruler 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  In support of this stipulation of dismissal, the parties state as follows:

      1.    Counsel for the parties have exchanged information and had extensive discussions concerning the above-captioned action;

      2.    The parties believe that judicial economy would be served and the resources of the parties would be conserved by not continuing to prosecute their claims and defenses in this Court.

**IT IS SO STIPULATED.**

      Respectfully submitted,

**THE WILNER FIRM**

*/s/ Richard J. Lantinberg\**
Norwood S. Wilner
Richard J. Lantinberg
444 East Duval St., 2nd Floor
Jacksonville, FL 32202
Tel.:  (904) 446-9817
Fax:  (904) 446-9825

1

nwilner@wilnerfirm.com
rlantinberg@wilnerfirm.com

**GIBBS LAW GROUP**
Amy Zeman
Florida Bar No. 110653
3711 Sheridan Avenue
Miami Beach, FL 33140
Telephone: (510) 350-9721
Facsimile: (510) 350-9701
amz@classlawgroup.com

**GIRARD GIBBS LLP**
Daniel C. Girard, admitted *pro hac vice*
Simon S. Grille, admitted *pro hac vice*
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dcg@girardgibbs.com
je@giardgibbs.com
sg@girardgibbs.com

**LEVI & KORSINSKY LLP**
Rosemary M. Rivas
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Tel: (415) 291-2420
Fax: (415) 484-1294
rrivas@zlk.com

**LEVI & KORSINSKY LLP**
Courtney E. Maccarone
30 Broad Street, 24th Floor
New York, New York 10004
Tel.: (212) 363-7500
Fax: (212) 363-7171
cmaccarone@zlk.com

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Janine L. Pollack, admitted *pro hac vice*
Correy A. Kamin
270 Madison Avenue
New York, NY 10016
Tel.: (212) 545-4600
Fax: (212) 686-0114

pollack@whafh.com
kamin@whafh.com

*Attorneys for Plaintiffs*

**EGOZI & BENNETT, P.A.**
*s/ Bernard L. Egozi*
Bernard L. Egozi (Florida Bar No. 152544)
begozi@egozilaw.com
Isaac S. Lew (Florida Bar No. 92833)
ilew@egozilaw.com
2999 NE 191 Street, Suite 407
Aventura, Florida 33180
Telephone: (305) 931-3000
Facsimile: (305) 931-9343

*Counsel for Defendant, BLU Products, Inc.*

\*Pursuant to Section 3J(3) of the CM/ECF Administrative Procedures, I attest that concurrence in this filing has been obtained from all counsel.