UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-24892-Civ-COOKE/TORRES

*In re Blue Products, Inc. Privacy Breach Litigation*

_____/

**ORDER OF DISMISSAL**

THIS CASE has been **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See* Joint Stip. Dismissing Plaintiffs' Claims Against Blue Products, Inc., ECF No. 40. The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in Chambers, Miami, Florida, this 29th day of September 2017.

*[signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*